# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                  §
                                        §
                                        §
Regina S Little                         §     Case No. 16-05885
                                        §
                                        §
         Debtor                         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 11,000.00 *(Without deducting any secured claims)* | Assets Exempt: 3,125.00 |
| Total Distributions to Claimants: 2,209.93 | Claims Discharged Without Payment: 37,034.51 |
| Total Expenses of Administration: 1,040.07 | |

3) Total gross receipts of $ 3,250.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 3,250.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 11,672.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,040.07 | 1,040.07 | 1,040.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 26,313.00 | 21,563.44 | 21,563.44 | 2,209.93 |
| **TOTAL DISBURSEMENTS** | $ 37,985.00 | $ 22,603.51 | $ 22,603.51 | $ 3,250.00 |

4) This case was originally filed under chapter 7 on 02/23/2016 . The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/02/2017            By:/s/Zane L. Zielinski, Trustee
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2009 Aprilia Mana Mileage: 2700 | 1129-000 | 3,250.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,250.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bk Of Amer, Po Box 45144 Jacksonville, FL 32231 | | 11,672.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 11,672.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 812.50 | 812.50 | 812.50 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 3.45 | 3.45 | 3.45 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| American Auction Associates | 3620-000 | NA | 214.12 | 214.12 | 214.12 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,040.07 | $ 1,040.07 | $ 1,040.07 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card, Po Box 15298 Wilmington, DE 19850 | | 5,820.00 | NA | NA | 0.00 |
| | Kohls/Capone, N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 179.00 | NA | NA | 0.00 |
| | Ocwen Loan Servicing L, 12650 Ingenuity Dr Orlando, FL 32826 | | 10.00 | NA | NA | 0.00 |
| 2 | Capital One Bank (Usa), N.A. | 7100-000 | 5,721.00 | 5,540.73 | 5,540.73 | 567.84 |
| 1 | Discover Bank | 7100-000 | 10,695.00 | 11,032.80 | 11,032.80 | 1,130.70 |
| 3 | U.S. Bank Na Dba Elan Financial Services | 7100-000 | 3,888.00 | 4,989.91 | 4,989.91 | 511.39 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 26,313.00 | $ 21,563.44 | $ 21,563.44 | $ 2,209.93 |


Case 16-05885    Doc 33    Filed 10/20/17    Entered 10/20/17 14:24:23    Desc Main
Document    Page 6 of 9

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-05885 | BWB | Judge: | Bruce W. Black | | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Regina S Little | | | | | Date Filed (f) or Converted (c): | 02/23/2016 (f) |
| | | | | | | 341(a) Meeting Date: | 03/21/2016 |
| For Period Ending: | 10/03/2017 | | | | | Claims Bar Date: | 05/30/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2012 Jeep Wrangler Mileage: 93000 | 11,000.00 | 0.00 | | 0.00 | FA |
| 2. 2009 Aprilia Mana Mileage: 2700 | 2,400.00 | 3,250.00 | | 3,250.00 | FA |
| 3. Misc Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 4. Electronics | 200.00 | 0.00 | | 0.00 | FA |
| 5. Necessary Wearing Apparel | 325.00 | 0.00 | | 0.00 | FA |
| 6. Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 7. Central Bank Of Sandwich | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. 401(K) Prime America In Naperville Il | 0.00 | 0.00 | | 0.00 | FA |
| INT. Void | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $16,525.00          $3,250.00                    $3,250.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is investigating the Debtor's financial affairs and may liquidate the Debtor's vehicles.

Initial Projected Date of Final Report (TFR): 03/31/2017          Current Projected Date of Final Report (TFR): 03/31/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-05885 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Regina S Little | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1718 |
| | Checking |
| Taxpayer ID No: XX-XXX3749 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/03/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/17 | | American Auction Associates | Sale of Vehicle | | $3,035.88 | | $3,035.88 |
| | | | Gross Receipts       $3,250.00 | | | | |
| | | American Auction Associates | Cost of Sale       ($214.12) | 3620-000 | | | |
| | 2 | | 2009 Aprilia Mana Mileage: 2700       $3,250.00 | 1129-000 | | | |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,025.88 |
| 09/01/17 | 5001 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $815.95 | $2,209.93 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.       ($812.50) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.       ($3.45) | 2200-000 | | | |
| 09/01/17 | 5002 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 10.25 % per court order. | 7100-000 | | $1,130.70 | $1,079.23 |
| 09/01/17 | 5003 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 2 representing a payment of 10.25 % per court order. | 7100-000 | | $567.84 | $511.39 |
| 09/01/17 | 5004 | U.S. Bank Na Dba Elan Financial Services<br>Bankruptcy Department<br>Po Box 108<br>St. Louis, Mo 63166-0108 | Final distribution to claim 3 representing a payment of 10.25 % per court order. | 7100-000 | | $511.39 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $3,035.88 | $3,035.88 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Page Subtotals: | $3,035.88 | $3,035.88 |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

|  |  |  |
|---|---:|---:|
| Subtotal | $3,035.88 | $3,035.88 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,035.88 | $3,035.88 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1718 - Checking | $3,035.88 | $3,035.88 | $0.00 |
|  | $3,035.88 | $3,035.88 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $214.12 |
| Total Net Deposits: | $3,035.88 |
| Total Gross Receipts: | $3,250.00 |

Page Subtotals:    $0.00    $0.00